# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| PENNSYLVANIA NATIONAL MUTUAL CASUALTY INSURANCE CO., | ) ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 13-00066-KD-M |
| | ) |
| ST. CATHERINE OF SIENA PARISH, *et al.*, | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Order issued on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** is entered in favor of Plaintiff Pennsylvania National Mutual Casualty Insurance Company and against Defendants St. Catherine of Siena Parish and Kiker Corporation with regard to Plaintiff's declaratory judgment action, such that this matter is **DISMISSED.**

**DONE** and **ORDERED** this the **24th** day of **April 2014.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

1